UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AVALON HEALTH CARE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:06-0631 |
| | ) | Judge Echols |
| TRUSTMARK INSURANCE COMPANY, | ) | |
| and RMTS, LLC | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, Defendants Trustmark Insurance Company and RMTS, LLC's Motion for Judgment on the Pleadings (Docket Entry No. 25) is hereby DENIED. This case is returned to the Magistrate Judge for further pretrial proceedings in accordance with Local Rule 16.01.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE